396 A.2d 817

Coleman v. Coleman, Appellant.

Argued October 25, 1978.   Marvin J. Apple, for appellant;   Clyde G. Miller, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 818

Commonwealth v. Kenneth Anderson, Appellant.

Argued October 26, 1978.   Dennis J. Clark, for appellant; Donald E. Williams, District Attorney, submitted a brief for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.